

Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Daniel C. Stafford
Tristan Smith
Thomas J. Cummings
Eric B. Wharton
Daniel M. Hart
Nicholas Tarkazikis
Lisa M. Singh

*Of Counsel*
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
Mary E. Tokarz
_____
J. Joseph McGowan (*Retired*)
John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*
Joseph C. McCabe *1925-1981*

**McCABE & MACK LLP**
ATTORNEYS AT LAW

Direct Dial: (845) 486-6894
E-mail: klee@mccm.com

November 17, 2021

**VIA ECF**
Hon. Philip M. Halpern
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   Camacho v. City of Newburgh, et al
      7:20-cv-08346 (PMH)(AEK)
      Our File No. 7969-123

---

Application denied.

Counsel may travel to the facility where Plaintiff is incarcerated or they may seek an Order to conduct the deposition by remote means under Federal Rule of Civil Procedure 30(b)(4).

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 31.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        November 19, 2021

---

Dear Judge Halpern:

As a follow up to the discussion at the initial conference in this matter, enclosed please find a proposed order for a writ of habeas corpus and a proposed writ of habeas corpus.

Plaintiff is currently incarcerated in the Upstate Correctional Facility and in order to have him produced for a deposition the New York State Department of Corrections requires an order from the court authorizing his transport.

As a result I have prepared the enclosed order and writ and respectfully request that the court and clerk execute same in order that we may proceed with Mr. Camacho's deposition.

Respectfully yours,

McCABE & MACK LLP

*Kimberly Hunt Lee*

KIMBERLY HUNT LEE

KHL/dmf
encs.
cc:   Joseph S. Gulino, Jr., Esq./The Law Offices of Joseph S. Gulino, Jr., Esq., PLLC